**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**EVELYN PARKER,**

    **Plaintiff,**

    **v.**                                       Civil Action 2:10-cv-971
                                                   JUDGE GREGORY L. FROST
                                                   Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**ORDER**

    This matter is before the Court for consideration of Plaintiff's Motion for Allowance of Attorney Fees.  (ECF No. 21.)  Pursuant to 42 U.S.C. § 406(b)(1) and the operative fee agreement Plaintiff executed, Plaintiff's counsel, attorney Gary M. Blumenthal, requests attorney's fees totaling $3,978 for 19.6 hours of work performed in this Court.  Per Plaintiff's counsel's representation, the Commissioner does not object to the reasonableness of the requested fee award.

    Having reviewed Plaintiff's counsel's supporting documentation, the Court concludes that he has provided satisfactory evidence to support the requested fees and that the award does not present counsel with a windfall fee.  In addition, the Court finds that the requested fee is reasonable in light of the substantial, $3,200 offset to be applied in connection with Court's prior award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.  Accordingly, pursuant to 42 U.S.C. §§ 406(b)(1) and 1383(d)(2)(A)(iv), the Court **GRANTS** Plaintiff's

Counsel's Motion and **AWARDS** fees in the amount of **$3,978**.

      **IT IS SO ORDERED**.

                                        /s/ Gregory L. Frost
                                        GREGORY L. FROST
                                        UNITED STATES DISTRICT JUDGE